In re Davis, Troy; — Plaintiff; Applying For- Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. J, No. 375-160; to the Court of Appeal, Fourth Circuit, No. 2014-K-0708.
Writ granted in part; otherwise denied. The district court is ordered to provide relator with a copy of its September 4, 2013 order denying post-conviction relief, if it has not done so already. See La. C.Cr.P. art. 930.1; State ex rel Givens v. State, 14-0255 (La.l0/24/14), 151 So.3d 590; State ex rel. Chargois v. State, 12-0166 (La.8/22/12), 95 So.3d 1060; State ex rel. Lemar v. State, 11-2771 (La.8/22/12), 95 So.3d 1060; State ex rel. Hackett v. State, 96-0224 (La.2/2/96), 666 So.2d 1097; Stats ex rel. Foy v. State, 96-0225 (La.2/2/96), 666 So.2d 1097; State ex rel. Baker v. State, 95-2228 (La.12/8/95), 664 So.2d 410; State ex rel. Whittaker v. Lombard, 559 So.2d 116 (La.1990). In all other respects, the application is denied.